```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: ZYPREXA                                              04-MD-01596 (JBW)
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------x  ORDER

THIS DOCUMENT RELATES TO:

ALL PERSONAL INJURY ACTIONS

-----------------------------------------------------------x
```

Jack B. Weinstein, Senior United States District Judge:

The court has received from the Plaintiffs' Steering Committee ("PSC") and Defendant Eli Lilly ("Lilly") the three lists of Zyprexa personal injury cases as requested by the court's Order of January 4, 2008.

The cases included on the first list (all MDL personal injury cases not included within any current settlement agreement) shall be addressed at the General Status Conference on April 21, 2008, at 11:00am, per the court's Scheduling Order of March 17, 2008.

The cases included on the third list (all MDL personal injury cases finally settled) have been or shall shortly be closed by the Clerk of the Court. The parties shall submit, if they have not done so already, the necessary stipulations of discontinuance as soon as practicable.

The Clerk of Court is directed to close all cases included on the second list (all MDL personal injury cases included within the scope of a current settlement agreement but not yet finally settled), subject to reinstatement should the anticipated settlements not be consummated. Those cases include the following:

1

| | | | | |
|---|---|---|---|---|
| 03-cv-2385 | 06-cv-1331 | 06-cv-2309 | 06-cv-2363 | 06-cv-2431 |
| 04-cv-4718 | 06-cv-1332 | 06-cv-2310 | 06-cv-2364 | 06-cv-2432 |
| 05-cv-2141 | 06-cv-1333 | 06-cv-2311 | 06-cv-2365 | 06-cv-2433 |
| 05-cv-2159 | 06-cv-1334 | 06-cv-2312 | 06-cv-2368 | 06-cv-2434 |
| 05-cv-2789 | 06-cv-1336 | 06-cv-2313 | 06-cv-2369 | 06-cv-2435 |
| 05-cv-3150 | 06-cv-1353 | 06-cv-2314 | 06-cv-2370 | 06-cv-2436 |
| 05-cv-3151 | 06-cv-1394 | 06-cv-2315 | 06-cv-2371 | 06-cv-2437 |
| 05-cv-3152 | 06-cv-1602 | 06-cv-2316 | 06-cv-2373 | 06-cv-2438 |
| 05-cv-3874 | 06-cv-1603 | 06-cv-2317 | 06-cv-2374 | 06-cv-2442 |
| 05-cv-3977 | 06-cv-1604 | 06-cv-2318 | 06-cv-2375 | 06-cv-2443 |
| 05-cv-3996 | 06-cv-1605 | 06-cv-2319 | 06-cv-2376 | 06-cv-2444 |
| 05-cv-4691 | 06-cv-1708 | 06-cv-2320 | 06-cv-2377 | 06-cv-2445 |
| 05-cv-4693 | 06-cv-1729 | 06-cv-2321 | 06-cv-2378 | 06-cv-2446 |
| 05-cv-5061 | 06-cv-1787 | 06-cv-2322 | 06-cv-2379 | 06-cv-2495 |
| 05-cv-5062 | 06-cv-1921 | 06-cv-2323 | 06-cv-2380 | 06-cv-2498 |
| 05-cv-5063 | 06-cv-1953 | 06-cv-2324 | 06-cv-2381 | 06-cv-2529 |
| 05-cv-5064 | 06-cv-1956 | 06-cv-2325 | 06-cv-2382 | 06-cv-2543 |
| 05-cv-5065 | 06-cv-1957 | 06-cv-2326 | 06-cv-2383 | 06-cv-2544 |
| 05-cv-5066 | 06-cv-1994 | 06-cv-2327 | 06-cv-2384 | 06-cv-2545 |
| 05-cv-5159 | 06-cv-1996 | 06-cv-2328 | 06-cv-2386 | 06-cv-2546 |
| 05-cv-5304 | 06-cv-1997 | 06-cv-2329 | 06-cv-2389 | 06-cv-2547 |
| 05-cv-5307 | 06-cv-2276 | 06-cv-2332 | 06-cv-2390 | 06-cv-2548 |
| 05-cv-5928 | 06-cv-2277 | 06-cv-2333 | 06-cv-2391 | 06-cv-2549 |
| 05-cv-5931 | 06-cv-2279 | 06-cv-2336 | 06-cv-2393 | 06-cv-2561 |
| 05-cv-6046 | 06-cv-2280 | 06-cv-2337 | 06-cv-2394 | 06-cv-2564 |
| 06-cv-50 | 06-cv-2290 | 06-cv-2338 | 06-cv-2396 | 06-cv-2586 |
| 06-cv-60 | 06-cv-2291 | 06-cv-2339 | 06-cv-2397 | 06-cv-2587 |
| 06-cv-61 | 06-cv-2292 | 06-cv-2340 | 06-cv-2398 | 06-cv-2588 |
| 06-cv-62 | 06-cv-2293 | 06-cv-2341 | 06-cv-2399 | 06-cv-2589 |
| 06-cv-63 | 06-cv-2294 | 06-cv-2342 | 06-cv-2400 | 06-cv-2590 |
| 06-cv-271 | 06-cv-2295 | 06-cv-2343 | 06-cv-2401 | 06-cv-2591 |
| 06-cv-450 | 06-cv-2296 | 06-cv-2344 | 06-cv-2402 | 06-cv-2595 |
| 06-cv-879 | 06-cv-2297 | 06-cv-2345 | 06-cv-2403 | 06-cv-2596 |
| 06-cv-884 | 06-cv-2300 | 06-cv-2347 | 06-cv-2404 | 06-cv-2603 |
| 06-cv-925 | 06-cv-2301 | 06-cv-2348 | 06-cv-2405 | 06-cv-2604 |
| 06-cv-938 | 06-cv-2302 | 06-cv-2349 | 06-cv-2406 | 06-cv-2656 |
| 06-cv-990 | 06-cv-2303 | 06-cv-2350 | 06-cv-2407 | 06-cv-2659 |
| 06-cv-1325 | 06-cv-2304 | 06-cv-2351 | 06-cv-2409 | 06-cv-2661 |
| 06-cv-1326 | 06-cv-2305 | 06-cv-2357 | 06-cv-2413 | 06-cv-2662 |
| 06-cv-1327 | 06-cv-2306 | 06-cv-2360 | 06-cv-2414 | 06-cv-2667 |
| 06-cv-1328 | 06-cv-2307 | 06-cv-2361 | 06-cv-2416 | 06-cv-2743 |
| 06-cv-1330 | 06-cv-2308 | 06-cv-2362 | 06-cv-2419 | 06-cv-2774 |

| | | | | |
|---|---|---|---|---|
| 06-cv-2776 | 06-cv-3665 | 06-cv-4099 | 06-cv-4161 | 06-cv-4210 |
| 06-cv-2777 | 06-cv-3887 | 06-cv-4100 | 06-cv-4162 | 06-cv-4211 |
| 06-cv-2778 | 06-cv-4044 | 06-cv-4102 | 06-cv-4163 | 06-cv-4212 |
| 06-cv-2779 | 06-cv-4045 | 06-cv-4103 | 06-cv-4165 | 06-cv-4213 |
| 06-cv-2780 | 06-cv-4046 | 06-cv-4104 | 06-cv-4166 | 06-cv-4214 |
| 06-cv-2783 | 06-cv-4047 | 06-cv-4105 | 06-cv-4167 | 06-cv-4215 |
| 06-cv-2785 | 06-cv-4048 | 06-cv-4106 | 06-cv-4168 | 06-cv-4218 |
| 06-cv-2788 | 06-cv-4050 | 06-cv-4107 | 06-cv-4169 | 06-cv-4219 |
| 06-cv-2789 | 06-cv-4051 | 06-cv-4108 | 06-cv-4170 | 06-cv-4220 |
| 06-cv-2790 | 06-cv-4052 | 06-cv-4110 | 06-cv-4171 | 06-cv-4221 |
| 06-cv-2792 | 06-cv-4053 | 06-cv-4111 | 06-cv-4172 | 06-cv-4222 |
| 06-cv-2793 | 06-cv-4054 | 06-cv-4112 | 06-cv-4174 | 06-cv-4223 |
| 06-cv-2794 | 06-cv-4055 | 06-cv-4116 | 06-cv-4175 | 06-cv-4224 |
| 06-cv-2795 | 06-cv-4056 | 06-cv-4118 | 06-cv-4176 | 06-cv-4225 |
| 06-cv-2796 | 06-cv-4058 | 06-cv-4119 | 06-cv-4177 | 06-cv-4226 |
| 06-cv-2797 | 06-cv-4059 | 06-cv-4120 | 06-cv-4178 | 06-cv-4227 |
| 06-cv-2799 | 06-cv-4060 | 06-cv-4121 | 06-cv-4181 | 06-cv-4228 |
| 06-cv-3084 | 06-cv-4061 | 06-cv-4123 | 06-cv-4182 | 06-cv-4229 |
| 06-cv-3452 | 06-cv-4062 | 06-cv-4124 | 06-cv-4183 | 06-cv-4230 |
| 06-cv-3453 | 06-cv-4063 | 06-cv-4125 | 06-cv-4184 | 06-cv-4231 |
| 06-cv-3469 | 06-cv-4064 | 06-cv-4129 | 06-cv-4185 | 06-cv-4232 |
| 06-cv-3470 | 06-cv-4066 | 06-cv-4133 | 06-cv-4186 | 06-cv-4234 |
| 06-cv-3471 | 06-cv-4067 | 06-cv-4135 | 06-cv-4188 | 06-cv-4235 |
| 06-cv-3474 | 06-cv-4069 | 06-cv-4136 | 06-cv-4189 | 06-cv-4236 |
| 06-cv-3476 | 06-cv-4074 | 06-cv-4137 | 06-cv-4190 | 06-cv-4237 |
| 06-cv-3480 | 06-cv-4078 | 06-cv-4138 | 06-cv-4191 | 06-cv-4238 |
| 06-cv-3482 | 06-cv-4079 | 06-cv-4139 | 06-cv-4192 | 06-cv-4239 |
| 06-cv-3483 | 06-cv-4081 | 06-cv-4140 | 06-cv-4194 | 06-cv-4240 |
| 06-cv-3488 | 06-cv-4082 | 06-cv-4141 | 06-cv-4195 | 06-cv-4241 |
| 06-cv-3510 | 06-cv-4083 | 06-cv-4142 | 06-cv-4196 | 06-cv-4244 |
| 06-cv-3513 | 06-cv-4084 | 06-cv-4145 | 06-cv-4197 | 06-cv-4245 |
| 06-cv-3514 | 06-cv-4086 | 06-cv-4146 | 06-cv-4198 | 06-cv-4246 |
| 06-cv-3515 | 06-cv-4087 | 06-cv-4148 | 06-cv-4199 | 06-cv-4247 |
| 06-cv-3645 | 06-cv-4088 | 06-cv-4149 | 06-cv-4200 | 06-cv-4248 |
| 06-cv-3646 | 06-cv-4089 | 06-cv-4150 | 06-cv-4201 | 06-cv-4249 |
| 06-cv-3646 | 06-cv-4090 | 06-cv-4151 | 06-cv-4202 | 06-cv-4250 |
| 06-cv-3647 | 06-cv-4091 | 06-cv-4152 | 06-cv-4203 | 06-cv-4251 |
| 06-cv-3648 | 06-cv-4092 | 06-cv-4153 | 06-cv-4204 | 06-cv-4252 |
| 06-cv-3649 | 06-cv-4093 | 06-cv-4154 | 06-cv-4205 | 06-cv-4253 |
| 06-cv-3650 | 06-cv-4094 | 06-cv-4155 | 06-cv-4206 | 06-cv-4254 |
| 06-cv-3654 | 06-cv-4095 | 06-cv-4156 | 06-cv-4207 | 06-cv-4255 |
| 06-cv-3656 | 06-cv-4096 | 06-cv-4157 | 06-cv-4208 | 06-cv-4256 |
| 06-cv-3658 | 06-cv-4098 | 06-cv-4160 | 06-cv-4209 | 06-cv-4257 |

| | | | | |
|---|---|---|---|---|
| 06-cv-4258 | 06-cv-4312 | 06-cv-4383 | 06-cv-4430 | 06-cv-4484 |
| 06-cv-4259 | 06-cv-4313 | 06-cv-4384 | 06-cv-4431 | 06-cv-4485 |
| 06-cv-4260 | 06-cv-4314 | 06-cv-4385 | 06-cv-4433 | 06-cv-4486 |
| 06-cv-4261 | 06-cv-4315 | 06-cv-4386 | 06-cv-4435 | 06-cv-4487 |
| 06-cv-4266 | 06-cv-4316 | 06-cv-4387 | 06-cv-4436 | 06-cv-4488 |
| 06-cv-4267 | 06-cv-4317 | 06-cv-4388 | 06-cv-4438 | 06-cv-4490 |
| 06-cv-4268 | 06-cv-4318 | 06-cv-4389 | 06-cv-4439 | 06-cv-4491 |
| 06-cv-4269 | 06-cv-4320 | 06-cv-4390 | 06-cv-4441 | 06-cv-4492 |
| 06-cv-4270 | 06-cv-4321 | 06-cv-4391 | 06-cv-4442 | 06-cv-4493 |
| 06-cv-4271 | 06-cv-4322 | 06-cv-4392 | 06-cv-4443 | 06-cv-4494 |
| 06-cv-4272 | 06-cv-4323 | 06-cv-4393 | 06-cv-4444 | 06-cv-4495 |
| 06-cv-4273 | 06-cv-4324 | 06-cv-4394 | 06-cv-4446 | 06-cv-4510 |
| 06-cv-4274 | 06-cv-4325 | 06-cv-4395 | 06-cv-4447 | 06-cv-4511 |
| 06-cv-4275 | 06-cv-4326 | 06-cv-4396 | 06-cv-4448 | 06-cv-4512 |
| 06-cv-4276 | 06-cv-4327 | 06-cv-4397 | 06-cv-4449 | 06-cv-4513 |
| 06-cv-4277 | 06-cv-4328 | 06-cv-4399 | 06-cv-4450 | 06-cv-4514 |
| 06-cv-4279 | 06-cv-4329 | 06-cv-4400 | 06-cv-4451 | 06-cv-4515 |
| 06-cv-4280 | 06-cv-4330 | 06-cv-4401 | 06-cv-4452 | 06-cv-4516 |
| 06-cv-4281 | 06-cv-4331 | 06-cv-4402 | 06-cv-4453 | 06-cv-4517 |
| 06-cv-4282 | 06-cv-4332 | 06-cv-4403 | 06-cv-4454 | 06-cv-4518 |
| 06-cv-4283 | 06-cv-4333 | 06-cv-4404 | 06-cv-4455 | 06-cv-4519 |
| 06-cv-4285 | 06-cv-4334 | 06-cv-4405 | 06-cv-4456 | 06-cv-4520 |
| 06-cv-4286 | 06-cv-4335 | 06-cv-4406 | 06-cv-4457 | 06-cv-4521 |
| 06-cv-4287 | 06-cv-4336 | 06-cv-4407 | 06-cv-4458 | 06-cv-4522 |
| 06-cv-4288 | 06-cv-4337 | 06-cv-4408 | 06-cv-4459 | 06-cv-4523 |
| 06-cv-4289 | 06-cv-4338 | 06-cv-4409 | 06-cv-4464 | 06-cv-4524 |
| 06-cv-4290 | 06-cv-4339 | 06-cv-4410 | 06-cv-4465 | 06-cv-4525 |
| 06-cv-4291 | 06-cv-4340 | 06-cv-4411 | 06-cv-4466 | 06-cv-4526 |
| 06-cv-4292 | 06-cv-4367 | 06-cv-4412 | 06-cv-4467 | 06-cv-4527 |
| 06-cv-4293 | 06-cv-4368 | 06-cv-4413 | 06-cv-4469 | 06-cv-4528 |
| 06-cv-4294 | 06-cv-4369 | 06-cv-4414 | 06-cv-4470 | 06-cv-4529 |
| 06-cv-4295 | 06-cv-4370 | 06-cv-4415 | 06-cv-4471 | 06-cv-4530 |
| 06-cv-4296 | 06-cv-4371 | 06-cv-4417 | 06-cv-4472 | 06-cv-4531 |
| 06-cv-4298 | 06-cv-4372 | 06-cv-4418 | 06-cv-4473 | 06-cv-4532 |
| 06-cv-4299 | 06-cv-4373 | 06-cv-4419 | 06-cv-4474 | 06-cv-4533 |
| 06-cv-4300 | 06-cv-4374 | 06-cv-4420 | 06-cv-4475 | 06-cv-4534 |
| 06-cv-4301 | 06-cv-4375 | 06-cv-4421 | 06-cv-4476 | 06-cv-4535 |
| 06-cv-4302 | 06-cv-4377 | 06-cv-4422 | 06-cv-4477 | 06-cv-4536 |
| 06-cv-4307 | 06-cv-4378 | 06-cv-4423 | 06-cv-4478 | 06-cv-4537 |
| 06-cv-4308 | 06-cv-4379 | 06-cv-4426 | 06-cv-4480 | 06-cv-4538 |
| 06-cv-4309 | 06-cv-4380 | 06-cv-4427 | 06-cv-4481 | 06-cv-4539 |
| 06-cv-4310 | 06-cv-4381 | 06-cv-4428 | 06-cv-4482 | 06-cv-4540 |
| 06-cv-4311 | 06-cv-4382 | 06-cv-4429 | 06-cv-4483 | 06-cv-4541 |

| | | | | |
|---|---|---|---|---|
| 06-cv-4542 | 06-cv-4646 | 06-cv-4700 | 06-cv-4961 | 06-cv-5252 |
| 06-cv-4544 | 06-cv-4647 | 06-cv-4701 | 06-cv-4962 | 06-cv-5253 |
| 06-cv-4545 | 06-cv-4648 | 06-cv-4702 | 06-cv-4963 | 06-cv-5254 |
| 06-cv-4546 | 06-cv-4649 | 06-cv-4703 | 06-cv-4964 | 06-cv-5255 |
| 06-cv-4547 | 06-cv-4655 | 06-cv-4704 | 06-cv-4965 | 06-cv-5256 |
| 06-cv-4548 | 06-cv-4656 | 06-cv-4705 | 06-cv-4972 | 06-cv-5257 |
| 06-cv-4549 | 06-cv-4657 | 06-cv-4706 | 06-cv-4973 | 06-cv-5258 |
| 06-cv-4550 | 06-cv-4658 | 06-cv-4707 | 06-cv-4974 | 06-cv-5262 |
| 06-cv-4552 | 06-cv-4659 | 06-cv-4708 | 06-cv-4975 | 06-cv-5263 |
| 06-cv-4553 | 06-cv-4660 | 06-cv-4709 | 06-cv-4978 | 06-cv-5263 |
| 06-cv-4555 | 06-cv-4661 | 06-cv-4711 | 06-cv-4985 | 06-cv-5264 |
| 06-cv-4556 | 06-cv-4662 | 06-cv-4712 | 06-cv-4986 | 06-cv-5265 |
| 06-cv-4557 | 06-cv-4663 | 06-cv-4713 | 06-cv-5117 | 06-cv-5266 |
| 06-cv-4558 | 06-cv-4664 | 06-cv-4714 | 06-cv-5118 | 06-cv-5267 |
| 06-cv-4559 | 06-cv-4665 | 06-cv-4715 | 06-cv-5119 | 06-cv-5268 |
| 06-cv-4560 | 06-cv-4666 | 06-cv-4716 | 06-cv-5119 | 06-cv-5270 |
| 06-cv-4561 | 06-cv-4667 | 06-cv-4717 | 06-cv-5130 | 06-cv-5271 |
| 06-cv-4562 | 06-cv-4668 | 06-cv-4718 | 06-cv-5135 | 06-cv-5272 |
| 06-cv-4563 | 06-cv-4669 | 06-cv-4720 | 06-cv-5137 | 06-cv-5274 |
| 06-cv-4564 | 06-cv-4670 | 06-cv-4722 | 06-cv-5138 | 06-cv-5275 |
| 06-cv-4565 | 06-cv-4671 | 06-cv-4723 | 06-cv-5142 | 06-cv-5276 |
| 06-cv-4566 | 06-cv-4672 | 06-cv-4724 | 06-cv-5144 | 06-cv-5277 |
| 06-cv-4568 | 06-cv-4673 | 06-cv-4726 | 06-cv-5146 | 06-cv-5278 |
| 06-cv-4569 | 06-cv-4674 | 06-cv-4727 | 06-cv-5147 | 06-cv-5279 |
| 06-cv-4570 | 06-cv-4675 | 06-cv-4730 | 06-cv-5148 | 06-cv-5280 |
| 06-cv-4571 | 06-cv-4676 | 06-cv-4806 | 06-cv-5149 | 06-cv-5281 |
| 06-cv-4572 | 06-cv-4679 | 06-cv-4807 | 06-cv-5150 | 06-cv-5282 |
| 06-cv-4573 | 06-cv-4681 | 06-cv-4923 | 06-cv-5152 | 06-cv-5283 |
| 06-cv-4611 | 06-cv-4683 | 06-cv-4925 | 06-cv-5153 | 06-cv-5284 |
| 06-cv-4612 | 06-cv-4684 | 06-cv-4926 | 06-cv-5159 | 06-cv-5285 |
| 06-cv-4613 | 06-cv-4687 | 06-cv-4931 | 06-cv-5161 | 06-cv-5286 |
| 06-cv-4614 | 06-cv-4688 | 06-cv-4948 | 06-cv-5162 | 06-cv-5288 |
| 06-cv-4615 | 06-cv-4689 | 06-cv-4949 | 06-cv-5170 | 06-cv-5289 |
| 06-cv-4625 | 06-cv-4690 | 06-cv-4950 | 06-cv-5171 | 06-cv-5290 |
| 06-cv-4626 | 06-cv-4691 | 06-cv-4951 | 06-cv-5174 | 06-cv-5290 |
| 06-cv-4628 | 06-cv-4692 | 06-cv-4952 | 06-cv-5217 | 06-cv-5291 |
| 06-cv-4631 | 06-cv-4693 | 06-cv-4953 | 06-cv-5218 | 06-cv-5293 |
| 06-cv-4633 | 06-cv-4694 | 06-cv-4954 | 06-cv-5229 | 06-cv-5294 |
| 06-cv-4634 | 06-cv-4695 | 06-cv-4956 | 06-cv-5233 | 06-cv-5295 |
| 06-cv-4640 | 06-cv-4696 | 06-cv-4957 | 06-cv-5237 | 06-cv-5296 |
| 06-cv-4643 | 06-cv-4697 | 06-cv-4958 | 06-cv-5242 | 06-cv-5297 |
| 06-cv-4644 | 06-cv-4698 | 06-cv-4959 | 06-cv-5244 | 06-cv-5298 |
| 06-cv-4645 | 06-cv-4699 | 06-cv-4960 | 06-cv-5250 | 06-cv-5320 |

| | | | | |
|---|---|---|---|---|
| 06-cv-5321 | 06-cv-5767 | 06-cv-5998 | 06-cv-6836 | 07-cv-643 |
| 06-cv-5322 | 06-cv-5768 | 06-cv-6220 | 06-cv-6837 | 07-cv-720 |
| 06-cv-5323 | 06-cv-5769 | 06-cv-6221 | 06-cv-6839 | 07-cv-721 |
| 06-cv-5324 | 06-cv-5770 | 06-cv-6222 | 06-cv-6842 | 07-cv-726 |
| 06-cv-5326 | 06-cv-5771 | 06-cv-6223 | 06-cv-6845 | 07-cv-728 |
| 06-cv-5329 | 06-cv-5772 | 06-cv-6226 | 06-cv-6849 | 07-cv-819 |
| 06-cv-5331 | 06-cv-5773 | 06-cv-6229 | 06-cv-6851 | 07-cv-1159 |
| 06-cv-5332 | 06-cv-5774 | 06-cv-6231 | 06-cv-6853 | 07-cv-1164 |
| 06-cv-5336 | 06-cv-5775 | 06-cv-6232 | 06-cv-6854 | 07-cv-1458 |
| 06-cv-5337 | 06-cv-5778 | 06-cv-6233 | 06-cv-6856 | 07-cv-1459 |
| 06-cv-5338 | 06-cv-5779 | 06-cv-6234 | 06-cv-6858 | 07-cv-1460 |
| 06-cv-5339 | 06-cv-5780 | 06-cv-6235 | 06-cv-6860 | 07-cv-1461 |
| 06-cv-5340 | 06-cv-5781 | 06-cv-6236 | 06-cv-6861 | 07-cv-1462 |
| 06-cv-5341 | 06-cv-5782 | 06-cv-6237 | 06-cv-6863 | 07-cv-1463 |
| 06-cv-5342 | 06-cv-5783 | 06-cv-6238 | 06-cv-6865 | 07-cv-1538 |
| 06-cv-5343 | 06-cv-5786 | 06-cv-6239 | 06-cv-6866 | 07-cv-1657 |
| 06-cv-5445 | 06-cv-5787 | 06-cv-6240 | 06-cv-6868 | 07-cv-1672 |
| 06-cv-5562 | 06-cv-5788 | 06-cv-6444 | 06-cv-6869 | 07-cv-1976 |
| 06-cv-5618 | 06-cv-5789 | 06-cv-6445 | 06-cv-6870 | 07-cv-2110 |
| 06-cv-5619 | 06-cv-5790 | 06-cv-6449 | 06-cv-6871 | 07-cv-2111 |
| 06-cv-5623 | 06-cv-5791 | 06-cv-6458 | 06-cv-6873 | 07-cv-2163 |
| 06-cv-5624 | 06-cv-5792 | 06-cv-6459 | 06-cv-6874 | 07-cv-2166 |
| 06-cv-5625 | 06-cv-5796 | 06-cv-6461 | 06-cv-6875 | 07-cv-2168 |
| 06-cv-5626 | 06-cv-5798 | 06-cv-6463 | 06-cv-6876 | 07-cv-2382 |
| 06-cv-5630 | 06-cv-5799 | 06-cv-6464 | 06-cv-6877 | 07-cv-2385 |
| 06-cv-5634 | 06-cv-5802 | 06-cv-6465 | 06-cv-6878 | 07-cv-2387 |
| 06-cv-5635 | 06-cv-5803 | 06-cv-6466 | 06-cv-6879 | 07-cv-3267 |
| 06-cv-5636 | 06-cv-5804 | 06-cv-6467 | 06-cv-6880 | 07-cv-3379 |
| 06-cv-5637 | 06-cv-5807 | 06-cv-6468 | 06-cv-6881 | 07-cv-4506 |
| 06-cv-5638 | 06-cv-5808 | 06-cv-6813 | 06-cv-6882 | 07-cv-4807 |
| 06-cv-5639 | 06-cv-5809 | 06-cv-6815 | 06-cv-6883 | |
| 06-cv-5734 | 06-cv-5810 | 06-cv-6816 | 06-cv-6884 | |
| 06-cv-5743 | 06-cv-5811 | 06-cv-6818 | 06-cv-6885 | |
| 06-cv-5744 | 06-cv-5812 | 06-cv-6822 | 06-cv-6886 | |
| 06-cv-5745 | 06-cv-5813 | 06-cv-6823 | 06-cv-6891 | |
| 06-cv-5746 | 06-cv-5816 | 06-cv-6825 | 07-cv-24 | |
| 06-cv-5748 | 06-cv-5817 | 06-cv-6827 | 07-cv-251 | |
| 06-cv-5749 | 06-cv-5818 | 06-cv-6828 | 07-cv-252 | |
| 06-cv-5750 | 06-cv-5819 | 06-cv-6829 | 07-cv-255 | |
| 06-cv-5754 | 06-cv-5824 | 06-cv-6832 | 07-cv-256 | |
| 06-cv-5755 | 06-cv-5828 | 06-cv-6833 | 07-cv-257 | |
| 06-cv-5757 | 06-cv-5944 | 06-cv-6834 | 07-cv-300 | |
| 06-cv-5758 | 06-cv-5955 | 06-cv-6835 | 07-cv-301 | |

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein

Date: March 18, 2008
Brooklyn, New York

7